UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

CARRIE HURDLE BRICKHOUSE,

                    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
--------------------------------------------------------------X

JUDGMENT
05-CV- 5420 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ MAY 30 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on May 25, 2007, granting the Commissioner's motion for judgment on the pleadings; and denying plaintiff's cross-motion for judgment on the pleadings; it is

    ORDERED and ADJUDGED that the Commissioner's motion for judgment on the pleadings is granted; and that plaintiff's cross-motion for judgment on the pleadings is denied.

Dated: Brooklyn, New York
       May 29, 2007

                                                s/ RCH
                                           ROBERT C. HEINEMANN
                                           Clerk of Court